UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
LOUIS A. PICCONE,              )
      Plaintiff                )
                               )
            v.                 )  C.A. NO. 12-cv-30127-MAP
                               )
TROOPER DICKINSON, ET AL,      )
      Defendants               )
```

MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION WITH REGARD TO
DEFENDANTS' MOTIONS TO DIMISS
(Dkt. Nos. 31, 36, 64, 66, 69, 73, 77, 79, 82 & 105)

June 10, 2013

PONSOR, U.S. D.J.

Having reviewed the substance of Judge Kenneth P. Neiman's Report and Recommendation dated May 15, 2013 and finding it meritorious, and noting that there is no objection, the court, upon de novo review, hereby ADOPTS the Report and Recommendation (Dkt. No. 105). Based upon this, Defendants' Motions to Dismiss (Dkt. Nos. 31, 36, 64, 66, 69, 73, 77, 79 & 82) are hereby ALLOWED. The claims against Defendant Amuso are hereby DISMISSED, sua sponte. The clerk will enter judgment for Defendants. This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge