# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS A. PICCONE,<br>    Plaintiff<br><br>v.<br><br>TROOPER DICKINSON, ET AL.,<br>    Defendant | C. A. NO. 3:12-cv-30127-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Trooper Dickinson, et al., against the plaintiff, Louis A. Piccone, pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss.

**ROBERT M. FARRELL**,
Acting CLERK OF COURT

Dated: June 10, 2013

By /s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk

(Civil Judgment (Routine) 6.wpd - 11/98)
       [jgm.]